ROBBINS GELLER
  RUDMAN & DOWD LLP
STEVEN W. PEPICH (116086)
JAMES A. CAPUTO (120485)
LAWRENCE A. ABEL (129596)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
SteveP@rgrdlaw.com
JimC@rgrdlaw.com
LarryA@rgrdlaw.com
   – and –
NANCY M. JUDA
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC  20036
Telephone:  202/822-6762
202/828-8528 (fax)
NancyJ@rgrdlaw.com

Attorneys for Respondents

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: <br><br> CINTAS CORP. OVERTIME PAY ARBITRATION LITIGATION | Lead Case No. M:06-cv-01781-SBA <br><br> **[E-Filing]** <br><br> STIPULATION AND ORDER FOR TRANSFER OF PROCEEDINGS TO THE HONORABLE RICHARD SEEBORG |

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS         - 1 -

1
2    WHEREAS, the Honorable Richard Seeborg is presiding over matters relating to
3 "litigating plaintiffs" in *Veliz, et al. v. Cintas Corporation, et al.*, C-03-1180 (N.D. Cal.), with
4 the exception of the claims of certain plaintiffs concerning alleged violations of the Employee
5 Retirement Income Security Act ("ERISA"), 29 U.S.C. §§1001 *et seq*. (Dkt Nos.  726-727);
6    WHEREAS, the Honorable Saundra Brown Armstrong presently presides over those
7 plaintiffs who the Court has ruled have binding arbitration agreements with Cintas and whose
8 claims the Court has stayed pending arbitration ("arbitrating plaintiffs"), and claims involving
9 alleged violations of ERISA, in *Veliz et al v. Cintas Corporation et al,* Case No. C-03-1180
10 (N.D. Cal.);
11    WHEREAS, the Honorable Saundra Brown Armstrong presently presides over the 70
12 separate actions which were consolidated by the Judicial Panel on Multidistrict Litigation for
13 pretrial proceedings, in *In Re Cintas Corp. Overtime Pay Arbitration Litigation*, Case No. C-06-
14 1781 (N.D. Cal.) ("arbitration petitions");
15    WHEREAS, the parties are preparing to present to the Court for approval the complete
16 settlement of all aspects of this action and related proceedings; and
17    WHEREAS, the parties believe it will be most efficient for the Court and the parties to
18 proceed before a single judge with the approval and confirmation of the settlement of all matters;
19    NOW THEREFORE, the parties, through their respective counsel of record, agree and
20 stipulate to an Order of the Court that: All matters in the above-captioned proceedings currently
21 before the Honorable Saundra Brown Armstrong shall be transferred to the Honorable Richard
22 Seeborg.
23    IT IS SO STIPULATED.
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS        - 2 -

| | | |
|---|---|---|
| 1 | DATED: October 4, 2010 | ROBBINS, GELLER<br>   RUDMAN & DOWD LLP |
| 2 | | STEVEN W. PEPICH<br>JAMES A. CAPUTO |
| 3 | | LAWRENCE A. ABEL |

                                        /s/ James A. Caputo
                                        JAMES A. CAPUTO


                                        ALTSHULER BERZON LLP
                                        MICHAEL RUBIN
                                        EILEEN GOLDSMITH
                                        177 Post Street, Suite 300
                                        San Francisco, CA  94108
                                        Telephone:  415/421-7151
                                        415/362-8064 (fax)

                                        TRABER & VOORHEES
                                        THERESA M. TRABER
                                        128 No. Fair Oaks Avenue, Suite 204
                                        Pasadena, CA  91103
                                        Telephone:  626/585-9611
                                        626/577-7079 (fax)

                                        Attorneys for Plaintiffs

DATED:  October 4, 2010                 SQUIRE, SANDERS & DEMPSEY, L.L.P.
                                        MARK C. DOSKER
                                        DIANE L. GIBSON
                                        MICHAEL W. KELLY


                                        /s/ Mark C. Dosker
                                        MARK C. DOSKER

                                        275 Battery Street, Suite 2600
                                        San Francisco, CA  94111
                                        Telephone:  415/954-0200
                                        415/391-2493 (fax)

                                        Attorneys for Petitioner Cintas Corporation and
                                        Plan Administrator for the Cintas Partners' Plan

                          *       *       *

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS         - 3 -

**O R D E R**

Having considered the parties' stipulation, and good cause appearing therefor,

IT IS SO ORDERED.

DATED: October 14, 2010

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE